UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER DEMETRIO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAKE HENSHAW RESORT INC; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.06cv2502 JM(NLS)<br><br>ORDER RE: DISMISSAL<br>[Docket 5] |

**IT IS HEREBY ORDERED,** pursuant to the Motion For Dismissal on file herein, that all Defendants are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

　　　IT IS SO ORDERED.

DATED: September 28, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge